UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE SUBPOENA DIRECTED TO<br>EPSILON INVESTMENT MANAGEMENT<br>L.L.C. | )<br>)   NO._____<br>) |

DECLARATION OF GEORGE RUDMAN IN SUPPORT OF
EPSILON INVESTMENT MANAGEMENT L.L.C.'S MOTION TO QUASH

Attached hereto is the original of the Declaration of George Rudman in Support of Epsilon Investment Management L.L.C.'s Motion to Quash.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Richard H. Morse*
Richard H. Morse (No. 531)
rmorse@ycst.com
Seth J. Reidenberg (No. 3657)
sreidenberg@ycst.com
1000 West Street
The Brandywine Building, 17th Floor
P.O. Box 391
Wilmington, DE 19899
(302) 571-6651
Attorneys for Movant

Dated: May 15, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| TALISMAN CAPITAL TALON FUND, LTD.<br><br>Plaintiff,<br><br>v.<br><br>RUDOLPH W. GUNNERMAN and SULPHCO, INC.<br><br>Defendants. | NO. CV-N-0354-BES-RAM<br><br>DECLARATION OF GEORGE RUDMAN IN SUPPORT OF EPSILON INVESTMENT MANAGEMENT L.L.C.'S MOTION TO QUASH |

George Rudman, hereby affirms and declares as follows:

1. I am over the age of twenty-one years, am competent to testify in this matter, and have personal knowledge of the items set forth in this declaration.

2. I am the current Managing Director of Epsilon Investment Management L.L.C. ("Epsilon"), and I make this declaration in that capacity. I am based in Montreux, Switzerland.

3. I have been advised that Epsilon has been subpoenaed to produce documents in Wilmington, Delaware, and that a deposition has been noted in that jurisdiction. Epsilon is not a party to the referenced action.

DECLARATION OF GEORGE RUDMAN IN SUPPORT OF
EPSILON INVESTMENT MANAGEMENT L.L.C.'S
MOTION TO QUASH - 1
(CV-N-0354-BES-RAM)

Smith & Hennessey
PLLC
Attorneys At Law
316 Occidental Avenue South Suite 500
Seattle, Washington 98104
(206) 292-1770

4. Epsilon maintains no offices and has no documents, books, or records in the State of Delaware, or within a hundred miles thereof. Epsilon also has no management, personnel, consultants, or employees in the State of Delaware or within a hundred miles thereof. Epsilon's only presence in the State of Delaware or within a hundred miles of the state is through its registered agent (National Registered Agents, Inc., in Dover, Delaware), required as a function of Epsilon's registration as a limited liability company formed in Delaware.

5. Epsilon is an investment manager, with clients and holdings worldwide. To the extent Epsilon conducts limited business in the United States, it does so through an office in Boca Raton, Florida (7280 West Palmetto Park Road, Suite 310, Boca Raton, Florida 33433).

I declare the foregoing to be true and correct to the best of my knowledge and belief under penalty of perjury under the laws of the State of Delaware and the United States.

SIGNED this 8th day of May, 2006.

_____
George Rudman

DECLARATION OF GEORGE RUDMAN IN SUPPORT OF
EPSILON INVESTMENT MANAGEMENT L.L.C.'S
MOTION TO QUASH - 2
(CV-N-0354-BES-RAM)

Smith & Hennessey
PLLC
Attorneys At Law
316 Occidental Avenue South Suite 500
Seattle, Washington 98104
(206) 292-1770

## CERTIFICATE OF SERVICE

I, Seth Reidenberg, hereby certify that on May 15, 2006 a copy of the foregoing document was caused to be filed and served pursuant to the District Court rules regarding filing procedures upon the following counsel of record:

<u>Via Hand Delivery</u>
Kurt Heyman, Esquire
Proctor and Heyman LLP
1116 West Street
Wilmington, DE 19801

<u>Via email</u>
T. Michael Guiffre, Esquire
mguiffre@pattonboggs.com
Patton Boggs, LLP
2550 M. Street, NW
Washington, D.C. 20037

_____
Seth Reidenberg (No. 3657)

DB01:2035492.1

062602.1001