IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:  SUBPOENA DIRECTED TO  )<br>EPSILON INVESTMENT MANAGEMENT  )<br>L.L.C.                                                       ) | Misc. No. 06-104-SLR |

**O R D E R**

At Wilmington this 16th day of May, 2006, having reviewed the motion to quash filed by applicant Epsilon Investment Management L.L.C.;

IT IS ORDERED that said motion (D.I. 1) is granted, as the movant has no presence in Delaware (other than its registration) and the subpoena was not accompanied by a notice of deposition, all in violation of Rules 45 and 30(b)(6) of the Federal Rules of Civil Procedure.

                                                            */s/*_____
                                                      United States District Judge